| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br>Calendar Year 2003 |  Report Required by the Ethics<br>In Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>LEISURE, PETER K. | 2. Court or Organization<br><br>U.S.D.C. - SO. DIST. OF NY | 3. Date of Report<br><br>5/5/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR US DIST JUDGE SO DIS NY | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ● Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br><br>500 PEARL STREET, ROOM 1910<br><br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE RECEIVED May 20 12 21 PM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEISURE, PETER K | 5/5/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. WYETH COM STOCK | A | Dividend | K | T | | | | | |
| 2. JP MORGAN CHASE COM STOCK | A | Dividend | J | T | | | | | |
| 3. CIGNA COM STOCK | A | Dividend | J | T | | | | | |
| 4. IBM COM STOCK | A | Dividend | J | T | | | | | |
| 5. 3M COM STOCK | A | Dividend | K | T | | | | | |
| 6. EXXON MOBIL COM STOCK | A | Dividend | K | T | | | | | |
| 7. PEPSICO COM STOCK | A | Dividend | J | T | | | | | |
| 8. EDISON INT'L COM STOCK | | None | J | T | | | | | |
| 9. UNION PACIFIC COM STOCK | A | Dividend | K | T | | | | | |
| 10. CITIBANK CHECKING | | None | J | T | | | | | |
| 11. 9.759% INT. IN DAVID WARD HEIRS OIL & GAS (WV) | D | Royalty | K | W | | | | | |
| 12. | A | Interest | | | | | | | |
| 13. 11.8962% INT. IN DAVID WARD HEIRS COAL (WV) | A | Interest | J | W | | | | | |
| 14. | B | Royalty | -- | | | | | | |
| 15. | A | Distribution | | | | | | | |
| 16. KANAWHA & ELK RR Co. COM STOCK | | None | J | W | | | | | |
| 17. BAXTER INT'L COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 18. FOREST LABS COM STOCK (IRA) | | None | L | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FOREST LABS COM STOCK | | None | O | T | | | | | |
| 20. CAREMARK RX INC COM STOCK (IRA) | | None | J | T | | | | | |
| 21. MERCURY EXPL.CO. /QUICKSILVER PIPELINE/DOMINION (MI) | D | Royalty | J | W | | | | | |
| 22. FIRSTENERGY CORP COM STOCK | A | Dividend | J | T | | | | | |
| 23. CITIBANK SUPER YIELD MONEY MARKET | A | Interest | M | T | | | | | |
| 24. MORGAN STANLEY COM STOCK | A | Dividend | J | T | | | | | |
| 25. VERMONT PURE HOLDINGS LTD COM STOCK (IRA) | | None | J | T | | | | | |
| 26. XEROX CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 27. CITIBANK CHECKING | | None | K | T | | | | | |
| 28. INTEL CORP COM STOCK | A | Dividend | L | T | PARTIAL SELL | 10/15 | K | A | |
| 29. MICROSOFT CORP COM STOCK | A | Dividend | L | T | BUY | 10/02 | K | | |
| 30. AOL TIME WARNER COM STOCK (IRA) | | None | | | SELL | 05/15 | J | | |
| 31. GENERAL ELECTRIC COM STOCK (IRA) | A | Dividend | K | T | | | | | |
| 32. 12.5% INT IN WARD HEIR MINERAL RIGHTS (MI) | F | Royalty | M | W | | | | | |
| 33. | A | Interest | | | | | | | |
| 34. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 35. ORACLE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 36. EMC CORPORATION COM STOCK (IRA) | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. EMC CORP COM STOCK | | None | | | SELL | 11/25 | J | | |
| 38. ANADARKO PETE COM STOCK | A | Dividend | J | T | | | | | |
| 39. BP AMOCO PLC SPONSORED ADR | A | Dividend | J | T | | | | | |
| 40. HUGHES ELECTRONICS CORP COM STOCK | | None | J | T | | | | | |
| 41. APPLE COMPUTER COM STOCK (IRA) | | None | J | T | | | | | |
| 42. ALLIANCEBERNSTEIN PRIME B MONEY MKT (IRA) | A | Dividend | J | T | | | | | |
| 43. AMAZON COM COM STOCK (IRA) | | None | L | T | PARTIAL SELL | 10/15 | L | K | |
| 44. BROADCOM CORP CALIF CL A COM STOCK (IRA) | | None | J | T | | | | | |
| 45. MOTOROLA COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 46. NORTEL NETWORKS CORP NEW COM STOCK (IRA) | | None | J | T | | | | | |
| 47. TEXAS INSTRUMENTS COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 48. RMA NY MONEY FUND | A | Dividend | J | T | | | | | |
| 49. CISCO SYS INC COM STOCK | | None | K | T | | | | | |
| 50. WYETH COM STOCK | A | Dividend | J | T | | | | | |
| 51. ANHEUSER BUSCH COS INC COM STOCK | A | Dividend | J | T | | | | | |
| 52. TIME WARNER INC COM STOCK | | None | J | T | | | | | |
| 53. AUTOMATIC DATA PROCESSING COM STOCK | A | Dividend | J | T | | | | | |
| 54. BANK OF AMER CORP COM STOCK | A | Dividend | | | SELL | VAR | J | A | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. CITIGROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 56. GANNETT CO COM STOCK | A | Dividend | J | T | | | | | |
| 57. GENL ELECTRIC CO COM STOCK | A | Dividend | J | T | | | | | |
| 58. HEINZ H J CO COM STOCK | A | Dividend | | | SELL | VAR | J | | |
| 59. INTL BUSINESS MACH COM STOCK | A | Dividend | J | T | | | | | |
| 60. JOHNSON & JOHNSON COM STOCK | A | Dividend | | | SELL | 09/19 | J | A | |
| 61. KIMBERLY CLARK CORP COM STOCK | A | Dividend | J | T | | | | | |
| 62. LIBERTY MEDIA CORP CL A COM STOCK | | None | J | T | | | | | |
| 63. LIZ CLAIBORNE INC COM STOCK | A | Dividend | J | T | | | | | |
| 64. MBIA INC COM STOCK | A | Dividend | J | T | | | | | |
| 65. MERRILL LYNCH & CO COM STOCK | A | Dividend | J | T | | | | | |
| 66. PEPSICO INC COM STOCK | A | Dividend | J | T | | | | | |
| 67. PFIZER INC COM STOCK | A | Dividend | J | T | | | | | |
| 68. CONOCO PHILLIPS COM STOCK | A | Dividend | J | T | | | | | |
| 69. SOUTHWEST AIRLINES CO COM STOCK | A | Dividend | J | T | | | | | |
| 70. TRANSOCEAN SEDCO FOREX INC ORD COM STOCK | | None | | | BUY | 02/19 | J | | |
| 71. | | | | | SELL | VAR | J | | |
| 72. TYCO INTL LTD NEW COM STOCK | A | Dividend | | | SELL | VAR | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. WACHOVIA CORP COM STOCK | A | Dividend | J | T | | | | | |
| 74. WAL MART STORES INC COM STOCK | A | Dividend | J | T | | | | | |
| 75. RMA MONEY MKT PORTFOLIO | A | Dividend | J | T | | | | | |
| 76. AMER INTL GROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 77. AMGEN INC COM STOCK | | None | J | T | | | | | |
| 78. CISCO SYS INC COM STOCK | | None | J | T | | | | | |
| 79. GENL ELECTRIC CO COM STOCK | A | Dividend | J | T | | | | | |
| 80. INTL BUSINESS MACH COM STOCK | A | Dividend | J | T | | | | | |
| 81. JOHNSON & JOHNSON COM STOCK | A | Dividend | J | T | | | | | |
| 82. MBNA CORP COM STOCK | A | Dividend | J | T | | | | | |
| 83. MEDTRONIC INC COM STOCK | A | Dividend | J | T | PARTIAL SELL | VAR | J | A | |
| 84. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 85. NOKIA CORP SPONS ADR FINLAND | A | Dividend | J | T | | | | | |
| 86. ORACLE CORP COM STOCK | | None | J | T | | | | | |
| 87. PEPSICO INC COM STOCK | A | Dividend | J | T | | | | | |
| 88. PFIZER INC COM STOCK | A | Dividend | J | T | | | | | |
| 89. SYSCO CORP COM STOCK | A | Dividend | J | T | | | | | |
| 90. TARGET CORP COM STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. RMA MONEY MARKET PORTFOLIO | A | Dividend | J | T | | | | | |
| 92. AUTOMATIC DATA PROCESSING COM STOCK | A | Dividend | | | SELL | VAR | J | | |
| 93. CARDINAL HEALTH INC COM STOCK | A | Dividend | | | SELL | VAR | J | | |
| 94. COLGATE PALMOLIVE CO COM STOCK | A | Dividend | J | T | | | | | |
| 95. FANNIE MAE COM STOC+K | A | Dividend | | | SELL | VAR | J | | |
| 96. STATE STREET CORP COM STOCK | A | Dividend | J | T | | | | | |
| 97. TEXAS INSTRUMENTS COM STOCK | A | Dividend | J | T | | | | | |
| 98. WAL MART STORES INC COM STOCK | A | Dividend | J | T | | | | | |
| 99. WALGREEN CO COM STOCK | A | Dividend | J | T | | | | | |
| 100. WELLS FARGO & CO NEW COM STOCK | A | Dividend | | | SELL | VAR | J | A | |
| 101. UBS RET MONEY FUND (IRA) | A | Dividend | J | T | | | | | |
| 102. ALCATEL ASTHOM COMPAGNIE ADR (IRA) | | None | J | T | | | | | |
| 103. AMERICA MOVIL SA DE CV (IRA) | A | Dividend | | | SELL | VAR | J | B | |
| 104. ARCHER DANIELS MIDLAND CO (IRA) | A | Dividend | J | T | | | | | |
| 105. AVAYA INC (IRA) | | None | | | SELL | 10/13 | J | A | |
| 106. BAE SYSTEMS PLC SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 107. BASF AG SPON ADR (IRA) | A | Dividend | | | SELL | 09/04 | J | A | |
| 108. BRASIL TELECOM PARTICIPACOES ADR (IRA) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. BT GROUP PLC SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 110. CENTRAIS ELECTRICAS BRAS SA ADR (IRA) | A | Dividend | J | T | | | | | |
| 111. DU PONT DE NEMOURS (IRA) | | None | | | SELL | 02/25 | J | | |
| 112. EON AG SPON ADR SPON (IRA) | A | Dividend | J | T | | | | | |
| 113. EXELON CORP (IRA) | | None | | | SELL | 01/14 | J | A | |
| 114. GREAT LAKES CHEM CRP (IRA) | A | Dividend | J | T | | | | | |
| 115. HITACHI LTD ADR NEW JAPAN (IRA) | A | Dividend | J | T | | | | | |
| 116. LOEWS CORP (IRA) | A | Dividend | J | T | | | | | |
| 117. MATSUSHITA ELEC IND ADR (IRA) | A | Dividend | J | T | | | | | |
| 118. MCDONALDS CORP (IRA) | | None | | | SELL | 09/17 | J | A | |
| 119. MITSUBISHI TOKYO FINANCIAL ADR (IRA) | A | Dividend | J | T | | | | | |
| 120. MOTOROLA INC (IRA) | A | Dividend | J | T | | | | | |
| 121. NIPPON TELEG & TEL CORP ADR (IRA) | A | Dividend | J | T | | | | | |
| 122. PETROLEO BRASILEIRO SA (IRA) | A | Dividend | J | T | | | | | |
| 123. ALTRIA GROUP INC (IRA) | A | Dividend | J | T | | | | | |
| 124. REPSOL YPF SA SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 125. SBC COMMUNICATIONS INC (IRA) | A | Dividend | J | T | | | | | |
| 126. SCHERING PLOUGH CORP (IRA) | A | Dividend | J | T | BUY | 11/19 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. SHERWIN WILLIAMS CO (IRA) | A | Dividend | J | T | PARTIAL SELL | 11/24 | J | A | |
| 128. TELEBRAS TELECOMUNICA BRASILEIRAS SA ADR (IRA) | A | Dividend | J | T | | | | | |
| 129. TELEFONICA S A SPON ADR (IRA) | | None | J | T | | | | | |
| 130. TELEFONOS DE MEXICO S A ADR (IRA) | A | Dividend | J | T | | | | | |
| 131. MILLEA HOLDINGS INC ADR (IRA) | A | Dividend | J | T | | | | | |
| 132. UNISYS CORP (IRA) | | None | J | T | PARTIAL SELL | 12/01 | J | A | |
| 133. UST INC (IRA) | A | Dividend | J | T | | | | | |
| 134. VERIZON COMMUNICATIONS (IRA) | A | Dividend | J | T | | | | | |
| 135. WASTE MGMT INC NEW (IRA) | A | Dividend | | | SELL | 11/25 | J | A | |
| 136. XEROX CORP (IRA) | | None | J | T | | | | | |
| 137. UBS CASH RESERVES FUND (IRA) | A | Dividend | J | T | | | | | |
| 138. HCA INC (IRA) | A | Dividend | | | SELL | 05/06 | J | | |
| 139. AMER INTL GROUP INC (IRA) | A | Dividend | J | T | | | | | |
| 140. BANK OF AMER CORP (IRA) | A | Dividend | | | SELL | 09/04 | J | A | |
| 141. BOEING COMPANY (IRA) | A | Dividend | | | SELL | 04/23 | J | | |
| 142. CHEVRONTEXACO CORP (IRA) | A | Dividend | J | T | PARTIAL SELL | 10/27 | J | | |
| 143. CITIGROUP INC (IRA) | A | Dividend | J | T | | | | | |
| 144. COSTCO WHSL CORP (IRA) | | None | | | SELL | 08/12 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. EXXON MOBIL CORP (IRA) | A | Dividend | J | T | | | | | |
| 146. GENL DYNAMICS CORP (IRA) | A | Dividend | J | T | | | | | |
| 147. GENL ELECTRIC CO (IRA) | A | Dividend | J | T | | | | | |
| 148. JOHNSON & JOHNSON COM (IRA) | A | Dividend | J | T | PARTIAL SELL | 05/27 | J | A | |
| 149. MARSH & MCLENNAN COS INC (IRA) | A | Dividend | J | T | PARTIAL SELL | 05/22 | J | A | |
| 150. MBNA CORP (IRA) | A | Dividend | J | T | PARTIAL SELL | 10/30 | J | A | |
| 151. MICROSOFT CORP (IRA) | A | Dividend | J | T | | | | | |
| 152. PEPSICO INC (IRA) | A | Dividend | | | SELL | 07/28 | J | A | |
| 153. PFIZER INC (IRA) | A | Dividend | J | T | | | | | |
| 154. CONOCO PHILLIPS (IRA) | A | Dividend | J | T | | | | | |
| 155. RAYTHEON CO NEW (IRA) | A | Dividend | | | SELL | 11/04 | J | | |
| 156. STATE STREET CORP (IRA) | A | Dividend | | | SELL | 04/10 | J | | |
| 157. UNTD TECHNOLOGIES CORP (IRA) | A | Dividend | J | T | | | | | |
| 158. VIACOM INC B NON VTG (IRA) | A | Dividend | J | T | | | | | |
| 159. UBS CASH RESERVES FD (IRA) | A | Dividend | J | T | | | | | |
| 160. ALLIANCE CAP. MGT. HLDG. LP | B | Distribution | K | T | BUY | 10/15 | K | | |
| 161. BANK ONE COM STOCK | A | Dividend | | | SELL | 10/15 | J | A | |
| 162. FOREST LABS COM STOCK | | None | M | T | BUY | 11/25 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | PARTIAL SELL | 10/02 | K | D | |
| 164. PEPSICO COM STOCK | A | Dividend | | | SELL | 11/25 | J | | |
| 165. TYCO INT'L COM STOCK | A | Dividend | K | T | | | | | |
| 166. BAXTER INT'L INC. COM STOCK | A | Dividend | | | SELL | 03/21 | J | | |
| 167. CALPINE CORP COM STOCK | | None | | | SELL | VAR | J | | |
| 168. CARDINAL HEALTH INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 169. CHEVRON TEXACO CORP COM STOCK | A | Dividend | J | T | | | | | |
| 170. DEL MONTE FOODS CO COM STOCK | | None | | | SELL | 01/09 | J | | |
| 171. FANNIE MAE COM STOCK | A | Dividend | | | SELL | 06/27 | J | | |
| 172. HOME DEPOT INC COM STOCK | A | Dividend | J | T | | | | | |
| 173. LAUDER ESTEE COS CL A COM STOCK | A | Dividend | J | T | | | | | |
| 174. MARSH & MCLENNAN COS INC. COM STOCK | A | Dividend | J | T | BUY | 07/29 | J | | |
| 175. AFLAC INC COM STOCK | A | Dividend | J | T | | | | | |
| 176. BED BATH & BEYOND INC. COM STOCK | | None | J | T | | | | | |
| 177. CITIGROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 178. DELL COMPUTER CORP COM STOCK | | None | J | T | | | | | |
| 179. COCA COLA CO COM STOCK | A | Dividend | J | T | | | | | |
| 180. FIRST DATA CORP COM STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:         J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
                            V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 181. LOWES COMPANIES INC COM STOCK | A | Dividend | J | T | | | | | |
| 182. MARSH & MCLENNAN COS INC COM STOCK | A | Dividend | J | T | | | | | |
| 183. PROCTER & GAMBLE CO COM STOCK | A | Dividend | J | T | | | | | |
| 184. UNITED PARCEL SERVICE INC CL B COM STOCK | A | Dividend | J | T | | | | | |
| 185. UNITED HEALTH GROUP INC COM STOCK | A | Dividend | J | T | | | | | |
| 186. 3M CO COM STOCK | A | Dividend | J | T | | | | | |
| 187. BAYERISCHE HYPOTHEKEN UND SPON ADR (IRA) | | None | J | T | | | | | |
| 188. BELLSOUTH CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 189. BRISTOL MYERS SQUIBB CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 190. DUKE ENERGY CORP COM STOCK (IRA) | A | Dividend | J | T | BUY | 09/17 | J | | |
| 191. FLEET BOSTON FIN'L CORP COM STOCK (IRA) | A | Dividend | | | SELL | 11/06 | J | B | |
| 192. EDISON INT'L COM STOCK (IRA) | | None | | | SELL | 09/09 | J | A | |
| 193. FORD MOTOR CO NEW COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 194. GLAXO SMITH KLINE PLC ADR (IRA) | A | Dividend | J | T | | | | | |
| 195. HEWLETT PACKARD CO COM STOCK (IRA) | A | Dividend | | | SELL | 06/30 | J | A | |
| 196. HSBC HOLDINGS PLC NEW GB SPON ADR (IRA) | A | Dividend | | | SELL | 07/16 | J | A | |
| 197. JP MORGAN CHASE & CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 198. KROGER COMPANY COM STOCK (IRA) | | None | J | T | | | | | |

1. Income/Gain Codes:       A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
(See Columns B1 and D4)    F  = $50,001-$100,000     G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J  = $15,000 or less     K  = $15,001-$50,000      L  = $50,001-$100,000      M  = $100,001-$250,000
(See Columns C1 and D3)    N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                           P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes       Q  = Appraisal           R  = Cost (Real Estate Only)   S  = Assessment        T  = Cash/Market
(See Column C2)            U  = Book Value          V  = Other                 W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell. merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. KT CORP SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 200. LUCENT TECHNOLOGIES INC COM STOCK (IRA) | | None | J | T | PARTIAL SELL | 11/04 | J | A | |
| 201. MICRON TECHNOLOGY INC COM STOCK (IRA) | | None | J | T | BUY | 11/25 | J | | |
| 202. NORTEL NTWKS CORP NEW (HLDG CO) (IRA) | | None | | | SELL | 06/05 | J | B | |
| 203. SAFEWAY INC COM STOCK (IRA) | | None | J | T | | | | | |
| 204. SUMITOMO MITSUI BANKING CORP ADR (IRA) | A | Dividend | J | T | | | | | |
| 205. TYCO INT'L LTD NEW COM STOCK (IRA) | A | Dividend | | | SELL | 12/15 | J | A | |
| 206. CISCO SYS INC COM STOCK (IRA) | | None | J | T | | | | | |
| 207. CARDINAL HEALTH INC COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 208. COMCAST CORP NEW SPECIAL CL A (IRA) | | None | | | SELL | VAR | J | B | |
| 209. HEWLETT PACKARD CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 210. NEXTEL COMMUNICATIONS INC CI A (IRA) | | None | J | T | | | | | |
| 211. PROCTER & GAMBLE CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 212. SOUTHWEST AIRLINES CO COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 213. TARGET CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 214. WYETH COM STOCK (IRA) | A | Dividend | | | SELL | 10/30 | J | A | |
| 215. KIMBERLY CLARK DE MEXICO ADR | A | Dividend | K | T | BUY | 10/15 | K | | |
| 216. ORACLE CORP COM STOCK | | None | | | BUY | 10/02 | K | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. | | | | | SELL | 11/25 | K | A | |
| 218. ACE LTD BERMUDA ORD | A | Dividend | J | T | BUY | VAR | J | | |
| 219. BECTON DICKINSON & CO COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 220. DEVON ENERGY CORP NEW COM STOCK | A | Dividend | J | T | BUY | 06/13 | J | | |
| 221. HCA INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 222. MBNA CORP COM STOCK | | None | J | T | BUY | 11/17 | J | | |
| 223. MICROSOFT CORP COM STOCK | | None | J | T | BUY | VAR | J | | |
| 224. TARGET CORP COM STOCK | A | Dividend | J | T | BUY | 11/17 | J | | |
| 225. WASH MUTUAL INC COM STOCK | A | Dividend | J | T | BUY | 07/25 | J | | |
| 226. ANHEUSER BUSCH COS INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 227. GANNETT CO COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 228. GOLDMAN SACHS GROUP INC COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 229. INTEL CORP COM STOCK | A | Dividend | J | T | BUY | VAR | J | | |
| 230. KOHLS CORP COM STOCK | | None | J | T | BUY | VAR | J | | |
| 231. MORGAN STANLEY COM STOCK | A | Dividend | J | T | BUY | 08/05 | J | | |
| 232. STRYKER CORP COM STOCK | | None | J | T | BUY | 09/08 | J | | |
| 233. BANK OF AMER CORP COM STOCK | A | Dividend | | | BUY | VAR | J | | |
| 234. | | | | | SELL | 11/06 | J | A | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235. AMER INTL GROUP INC COM STOCK (IRA) | A | Dividend | L | T | BUY | 10/15 | L | | |
| 236. UBS BANK USA DEP A/C (IRA) | A | Interest | J | T | OPEN | 10/16 | J | | |
| 237. ALBERTSONS INC COM STOCK (IRA) | A | Dividend | J | T | BUY | 12/03 | J | | |
| 238. DAIMLERCHRYSLER AG ORD (IRA) | A | Dividend | J | T | BUY | 07/21 | J | | |
| 239. EL PASO CORP COM STOCK (IRA) | A | Dividend | J | T | BUY | 10/06 | J | | |
| 240. ELECTRONIC DATA SYS CORP NEW COM STOCK (IRA) | A | Dividend | J | T | BUY | 02/10 | J | | |
| 241. ING GROEP NV NL SPON ADR (IRA) | A | Dividend | J | T | BUY | 06/12 | J | | |
| 242. KONINKLIJKE AHOLD NV NEW SPON ADR (IRA) | | None | J | T | BUY | 12/17 | J | | |
| 243. MARKS & SPENCER GROUP INC SPON ADR (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 244. MERCK & CO COM STOCK (IRA) | A | Dividend | J | T | BUY | 11/07 | J | | |
| 245. NESTLE SA SPONSORED ADR (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 246. TELECOM ITALIA SPA (IRA) | | None | J | T | BUY | 09/17 | J | | |
| 247. TENET HEALTHCARE CORP COM STOCK (IRA) | | None | J | T | BUY | 11/11 | J | | |
| 248. UNILEVER NV NY SHS NEW (IRA) | A | Dividend | J | T | BUY | 07/18 | J | | |
| 249. VOLKSWAGEN AG SPONS ADR (IRA) | A | Dividend | J | T | BUY | 07/14 | J | | |
| 250. ABBOTT LABS COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 251. BANK OF NY CO INC COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 252. COCA COLA CO COM STOCK (IRA) | A | Dividend | J | T | BUY | 08/18 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K | 5/5/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253. CVS CORP COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 254. DANAHER CORP COM STOCK (IRA) | A | Dividend | J | T | BUY | 08/18 | J | | |
| 255. DEVON ENERGY CORP NEW COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 256. EMC CORP MASS COM STOCK (IRA) | | None | J | T | BUY | VAR | J | | |
| 257. INTL BUSINESS MACH COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 258. JP MORGAN CHASE COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 259. LOWES COMPANIES COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 260. OMNICOM GROUP COM STOCK (IRA) | A | Dividend | J | T | BUY | 12/16 | J | | |
| 261. ST PAUL COMPANIES COM STOCK (IRA) | A | Dividend | J | T | BUY | 12/11 | J | | |
| 262. TIME WARNER INC COM STOCK (IRA) | | None | J | T | BUY | VAR | J | | |
| 263. US BANCORP DEL (NEW) COM STOCK (IRA) | A | Dividend | J | T | BUY | VAR | J | | |
| 264. NEWELL RUBBERMAID INC COM STOCK (IRA) | A | Dividend | | | BUY | VAR | J | | |
| 265. | | | | | SELL | 08/15 | J | | |
| 266. LITIGATION SETTLEMENT - QUAKER OATS | | | | | | 05/23 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII - Investments and Trusts

1) Assets sold in 2002 have been deleted from this year's report; all assets still on hand at 12/31/02 are listed in the same order as they appeared on last year's report, with the exception of those listed in #2 and #6 following.

2) The following assets, with references to the line on which each appeared on the 2002 report, have been deleted on this year's report, since they are now exempt from reporting: Line 20, Adv Tissue Sci Com Stock; line 27, Worldcom Group Com Stock (IRA); line 44, Safeguard Scientific Com Stock; line 145, Deutsche Telekom AG DE Spon Adr (IRA); line 153, Goodyear Tire & Rubber Co (IRA); line 157, Invensys PLC Spon ADR (IRA); line 186, Zurich Financial Svc ADR (IRA); line 221, MCI Group Common (IRA); line 238, Dell Computer Corp Com Stock; line 239, Electronic Data Sys Corp New Com Stock; line 257, SLM Corp Vtg Com Stock, line 281, Reuters Group PLC Spon ADR (IRA); line 284, Toys R Us Com Stock (IRA).

3) Line 23 - The Citibank Preferred Money Market account was transferred to Citibank Super Yield Money Market during the year.

4) Line 40 - General Motors Corp Cl H stock was exchanged for Hughes Electronics Corp.

5) Line 42 - Alliance Inst'l Reserve Money Mkt is now AllianceBernstein Money Market.

6) Last year's line 54, Palm Inc. changed its name to PalmOne Inc. and split into two compies, PalmOne Inc and PalmSource Inc. Both are exempt from disclosure and thus do not appear on this year's report.

7) Line 52 - AOL Time Warner changed its name to Time Warner.

8) Line 101 - UBS PW Ret Money Fund changed its name to UBS Ret Money Fund.

9) Line 123 - Philip Morris Cos Inc. changed its name to Altria Group.

10) Line 266 - represents the reporter's pro-rata share of the Net Settlement Fund in the Quaker Oats Company Securities Litigation.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | LEISURE, PETER K | 5/5/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬          Date  5/15/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544